## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| Gene Stilp, citizen, <br> pro se <br>            Petitioner, <br><br>     vs. <br><br> Governor Thomas Wolf <br> Governor of Pennsylvania <br><br> Senator Joseph Scarnati <br> President Pro Tempore <br> Of the Pennsylvania Senate <br>           Respondents. |        No. 151 MM 2015 |

### MOTION TO WITHDRAW THE APPLICATION FOR LEAVE TO FILE ORIGINAL PROCESS PURSUANT TO PENNSYLVANIA RULE OF APPELLATE PROCEDURE 3307 AND THE ACCOMPANYING PETITION FOR REVIEW

Petitioner in the above action, Gene Stilp, has taken notice of the action of the Pennsylvania Senate in complying with Article VI, Section 7 of the Pennsylvania Constitution. This Application and Petition were filed on October 20, 2015. The Senate announced on October 23, 2015 that the Senate would appoint a committee to produce a report within thirty days under Article VI, Section 7. Forthwith, the Senate appointed a committee to undertake the Article VI Section 7 process on October 26, 2105. The Special Committee announcement is attached.

Therefore, the purpose of the filing in 151 MM 2015 being generally accomplished, the petitioner withdraws the Application and Petition without prejudice.


Respectfully submitted,


                          GENE STILP, citizen, pro se


By: _____

                      Gene Stilp <br>
                      1550 Fishing Creek Valley Road <br>
                      Harrisburg, Pa 17112 <br>
                      717-829-5600 <br>
                      November 3, 2015

Received In Supreme Court

NOV - 3 2015

Middle

## VERIFICATION

I, Gene Stilp, aver that the statements in the foregoing **Application for Leave to File Original Process** are true and correct to the best of my knowledge or information and belief. I make this verification subject to 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Gene Stilp, citizen, pro se
November 3, 2015

# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| Gene Stilp, citizen, : <br> pro se : <br>                 Petitioner, : <br> : <br>    vs.             : <br> : <br> Governor Thomas Wolf : <br> Governor of Pennsylvania : <br> : <br> Senator Joseph Scarnati : <br> President Pro Tempore : <br> Of the Pennsylvania Senate : <br>         Respondents. : <br> : | No. 151 MM 2015 |

## CERTIFICATION OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the persons and in the manner indicated below which services satisfies the requirements of Pa. R.A.P. 121:

**Service by hand delivery addressed as follows:**
Governor Thomas Wolf
Governor of Pennsylvania
Governor's Suite
Main Capitol Building
Harrisburg, PA 17120

**Service by hand delivery addressed as follows:**
Senate Joseph Scarnati
Room 292
Main Capitol Building
Harrisburg, PA 17120

**Service by hand delivery addressed as follows:**
Attorney General Kathleen Kane
16th Floor
Strawberry Square
Harrisburg, PA 17101

Date: November 3, 2015

Gene Stilp
1550 Fishing Creek Valley Road
Harrisburg, PA 17112
717-829-5600

# *Senate of Pennsylvania*

## Session of Monday, October 26, 2015

(Prepared in the Office of the Secretary of the Senate)

## THE SENATE OF PENNSYLVANIA CONVENED AT 1:00 P.M.

## CHAPLAIN

Prayer was offered by Reverend Bob Stevens, Zions Liberty Bell United Church of Christ, Allentown, Pennsylvania

## COMMUNICATIONS RECEIVED

The following Report presented was noted in the Journal and filed in the Library –
Decisions of the State Ethics Commission from July 1, 2015 to September 30, 2015

From House of Representatives –
House has concurred in Senate amendments to House Bills No. 138 and 1275

## SPECIAL COMMITTEE ON SENATE ADDRESS APPOINTMENTS BY PRESIDENT PRO TEMPORE:

Senator John Gordner, Chair
Senator Lisa Baker
Senator Gene Yaw
Senator Judith Schwank
Senator Sean Wiley
Senator Art Haywood
Senator Joe Scarnati, ex officio

## HOUSE BILLS FOR CONCURRENCE REFERRED TO COMMITTEE

House Bill No. 477 – Aging and Youth – (10-22-15)
House Bill No. 602 – Veterans Affairs and Emergency Preparedness – (10-22-15)
House Bills No. 950, 1170, 1201, 1202, 1317, 1341 and 1540 – Transportation – (10-22-15)
House Bill No. 1326 – Consumer Protection and Professional Licensure – (10-22-15)
House Bills No. 928 and 930 – Appropriations – (10-23-15)
House Bill No. 965 – Rules and Executive Nominations – (10-23-15)